UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARILYN MCSWEENEY,

        CASE NO: 1:25-cv-22771

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a BERMUDA COMPANY (dba Norwegian Cruise Lines),

    Defendant.
_____/

## NOTICE OF FILING CIVIL COVER SHEET

Plaintiff, MARILYN MCSWEENEY, by and through undersigned counsel, hereby files this Notice of Filing Civil Cover Sheet in response to the Clerk's Notice dated June 23, 2025, and attaches hereto the completed Civil Cover Sheet as required.

**RESPECTFULLY SUBMITTED** this 23rd day of June, 2025.

*Jennifer Netska*
_____
JENNIFER NETSKA, ESQ.
FBN: 1024089
**NETSKA LAW GROUP, PLLC**
Attorney for PLAINTIFF
1314 E. Las Olas Blvd., Ste. 2356
Fort Lauderdale, Florida 33301
Phone: (954) 836-7530
Em: JMNetska@netskalaw.com
pleadings@netskalaw.com
christinebontuyan@netskalaw.com

**Attachment:**
Civil Cover Sheet (JS 44)